IN THE UNITED STATES DISTRCT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JUAN R. OVALLE | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:16-cv-00339 |
| | § | |
| ALIEN MOLINA NUNEZ and | § | |
| AJ AMERICAN TRANSPORT CORP. | § | |

### DEFENDANTS' NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS:

Pursuant to 28 U.S.C. §§ 1332 and 1441(a), Defendants, hereby removes this action to the United States District Court for the Southern District of Texas from the 341st Judicial District Court of Webb County, Texas, stating as follows:

1.  Plaintiff, Juan R. Ovalle, commenced this action in the 341st Judicial District Court of Webb County, Texas, where it was given Cause No. 2016cvt002741D3. This action is between citizens of different states. Plaintiff is a resident of Texas. Defendant AJ American Transport Corp. is a Florida Corporation and Defendant Alien Molina Nunez is a resident of Florida. Further, Plaintiff claims damages for serious personal injury and is seeking damages of $1,000,000. Accordingly, this Court has original jurisdiction under 28 U.S.C. § 1332.

2.  Defendants, AJ American Transport Corp and Alien Molina Nunez received the summons and complaint on October 31, 2016, so this removal is timely under 28 U.S.C. § 1446(b).

3.  A copy of all process, pleadings, and orders served upon Defendant is attached as Exhibit A.

4.  Defendants have provided written notice of this Notice of Removal to all adverse parties and has filed a copy with the Clerk of the 341st Judicial District Court of Webb County, Texas.

5.  Defendants consent to the removal.

Dated: November 22, 2016

Respectfully submitted,

_____
LARRY D. WARREN
State Bar No. 20888450
ATTORNEYS FOR DEFENDANTS

OF COUNSEL:

NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas  78216
Telephone: (210) 731-6350
Facsimile:  (210) 785-2950
lwarren@namanhowell.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 22 day of November 2016, the foregoing was filed with the Clerk of Court using the CM/ECF system, and was served on counsel **via Facsimile:**

Richard L. Salinas
SBN: 00786220
LAW OFFICES OF RICHARDO L. SALINAS
2011 North Conway
Mission, Texas 78572
Telephone: (956) 584-3900
Facsimile: (956) 580-9688

and

Ramon Rosales, Jr.
SBN: 17243500
LAW OFFICES OF RAMON ROSALES, JR., P.C.
2007 East Griffin Parkway
Mission, Texas 78572
Telephone: (956) 519-0777
Facsimile: (956) 519-8177
ramon@ramonrosaleslaw.com

**ATTORNEYS FOR PLAINTIFF**

LARRY D. WARREN